**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Fariss-Borello, | No. CV-21-01366-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States Postal Service, | |
| Defendant. | |

Before the Court is Plaintiff's application to proceed in forma pauperis (Doc. 2), which will be granted. The Court must dismiss a case filed in forma pauperis if "at any time the court determines" that the "action or appeal" is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2); *see Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000). Having reviewed Plaintiff's complaint, the Court concludes that it does not presently comply with federal pleading standards and, therefore, must be dismissed.

Federal Rule of Civil Procedure 8 requires a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction," "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought." A complaint must also plead sufficient facts to state a claim to relief that is plausible on its face. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Because one of the primary functions of a complaint is to provide defendants with notice of the legal claims asserted

against them and the factual basis for those claims, a complaint written "without simplicity, conciseness and clarity" as to who is being sued and for what, "fails to perform the essential functions of a complaint." *McHenry v. Renne*, 84 F.3d 1172, 1178-80 (9th Cir. 1996).

Plaintiff's complaint brings a claim against the United States Postal Service ("USPS") for theft or receipt of stolen mail. (Doc. 1). However, the complaint is a convoluted narrative from which the Court struggles to extrapolate any concrete and plausible allegations against the USPS. Because Defendant cannot reasonably be expected to answer the complaint in its current form, it will be dismissed. However, the Court will give Plaintiff an opportunity to file an amended complaint that complies with federal pleading standards. Plaintiff is encouraged to review Federal Rules of Civil Procedure 8 and 10, which address the form and content of a complaint. Plaintiff is also encouraged to review the Handbook for Self-Represented Litigants, which is publicly available on the Court's website at http://www.azd.uscourts.gov/handbook-self-represented-litigants. Additionally, the Court offers a self-service clinic for self-represented litigants. Appointments may be made online at http://www.azd.uscourts.gov/federal-court-self-service-clinic-phoenix.

**IT IS ORDERED** that Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for the reasons stated herein. Plaintiff may file an amended complaint by no later than **September 10, 2021**. No amended complaint may be served, however, until it has been screened by the Court. The Clerk of the Court is directed to terminate this case without further order of the Court if Plaintiff does not file an amended complaint within the timeframe specified herein.

Dated this 10th day of August, 2021.

_____
Douglas L. Rayes
United States District Judge