**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Fariss-Borello,<br><br>Plaintiff,<br><br>v.<br><br>United States Postal Service,<br><br>Defendant. | No. CV-21-01366-PHX-DLR<br><br>**ORDER** |

On August 11, 2021, the Court dismissed Plaintiff's original complaint without prejudice due to its failure to comply with federal pleading standards. (Doc. 5.) Particularly, the Court noted that the complaint was a "convoluted narrative from which the Court struggles to extrapolate any concrete and plausible allegations against the USPS." (*Id.* at 2.) The Court permitted Plaintiff until September 10, 2021 to file an amended complaint comprised of a "short and plain statement of the claim showing that the pleader is entitled to relief." (*Id.* at 1 (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007).) On August 13, 2021, Plaintiff filed an amended complaint that consists primarily of a copy-paste job of the original complaint. (Doc. 6.) While the amended complaint also adds more material, the new lines are perplexing, disjointed, and fail to provide the Court with any clarity as to the basis of Plaintiff's claim against Defendant.[1] (*Id.*) Because Plaintiff's amendment fails to plead concrete and plausible allegations against the USPS to

---

[1] Plaintiff's additions are a stream of consciousness that the Court struggles to follow, which muse about unrelated topics. (Doc. 6.)

1 | which the Defendant can reasonably be expected to respond, Plaintiff's cause of action will
2 | be dismissed.  Accordingly,
3 |      **IT IS ORDERED** that Plaintiff's complaint (Doc. 5) is **DISMISSED WITH**
4 | **PREJUDICE** for the reasons stated herein.  The Clerk of Court is directed to terminate
5 | this case.
6 |      Dated this 18th day of August, 2021.

Douglas L. Rayes
United States District Judge